Case 2:17-cv-00102   Document 233   Filed on 11/17/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMIE SANCHEZ, DAVID LOYD, and STEVEN STOGRIN, | Case No. 2:17-CV-00102 |
| v. | Judge Nelva Gonzales Ramos |
| SCHLUMBERGER TECH. CORP. | |

# ORDER

Before the Court is an unopposed motion by Plaintiffs requesting approval of the Parties' settlement agreement. After reviewing the Parties' motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is **APPROVED** as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act.

**ORDERED** that this case and all claims asserted by all Plaintiff are **DISMISSED**.

SIGNED this _____ day of 11|17|2020.

_____
UNITED STATES DISTRICT JUDGE